**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| EDDY AGUIRRE GONZALEZ, <br><br> Petitioner, <br><br> v. <br><br> ERIC ROKOSKY, *et al.*, <br><br> Respondents. | Case No. 2:26-cv-05179 (BRM) <br><br> **ORDER** |

**THIS MATTER** is before the Court on Petitioner Eddy Aguirre Gonzalez's ("Petitioner") Amended Petition for Writ of Habeas Corpus ("Amended Petition") pursuant to 28 U.S.C. § 2241 (ECF No. 14) and Motion for Bail (ECF No. 16.)

Respondents previously submitted an answer to Petitioner's initial habeas petition. (ECF No. 13.) Petitioner's Amended Petition raises new claims. (*See* ECF No. 14.)

Accordingly, and for good cause appearing,

**IT IS** on this 2nd day of June 2026,

**ORDERED** that within seven (7) days of the date of the entry of this Order, Respondents shall file an answer to said Amended Petition (ECF No. 14) and a response to the Motion for Bail (ECF No. 16); in addition to responding to Petitioner's new claims, Respondents shall specifically address the following:

(1) The likelihood, considering Petitioner's medical vulnerabilities, of Petitioner's removal in the reasonably foreseeable future; Respondents shall include a certification from a medical professional detailing how a petitioner with end stage renal failure could be safely removed from the United States; and

(2) Whether Petitioner is receiving the renal diet Petitioner alleges he requires; Respondents shall attach evidentiary proof of any such diet; and

(3) Whether Petitioner is receiving his required dialysis treatments and medications; Respondents shall attach any updated medical records; and

(4) Whether Petitioner is shackled during treatment and what effect said shackles has on his treatment; and

(5) Whether there are any foreseeable obstacles to Petitioner continuing to receive all necessary and proper medical care and meals; and

(6) Respondents shall respond to the declaration of Dr. Steve Khalil.

**ORDERED** that within five (5) days of receipt of Respondents' response, Petitioner may file a reply; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon the parties electronically.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**

2